# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7157 | **DATE** | 7/27/2010 |
| **CASE TITLE** | Blunt vs. Becker et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for protective order [61] is granted. Based on the arguments contained in defendants' motion and plaintiff's response thereto (docketed as Document 62), the court finds that the privacy interest subject to protection by the Illinois Juvenile Records Act outweighs any interest plaintiff has in the juvenile law enforcement records pertaining to Travontae Howard. In his response, plaintiff merely asserts without factual or legal basis that he is entitled to the records. Plaintiff also did not explain to the court how Howard's juvenile law enforcement records might be relevant or lead to information or evidence relevant to the prosecution of his Section 1983 case against various police officers. Defendants asserted that they forwarded a copy of Howard's juvenile law enforcement records (Exhibit B) for in camera review. The court did not receive a copy of Exhibit B and renders this decision without having reviewed Exhibit B.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|